## (May 11, 1972)

■ In the Matter of BERNARD ABEL, Petitioner, v. JOHN A. MONTELEONE, Justice of the Supreme Court, Kings County, Respondent.— Proceeding pursuant to article 78 of the CPLR to compel respondent, a Justice of the Supreme Court, Kings County, to sign a proposed interlocutory judgment in an action entitled "Martin Honig, plaintiff, v. Harry Rebell, Jacob Cohen, a co-partnership d/b/a J. C. Management Co., defendants." On April 21, 1972, a jury returned a verdict in favor of plaintiff on the issue of liability. On April 24, 1972 the jury was discharged. On April 25, 1972, petitioner, who is associated with defendants' attorney, served a proposed interlocutory judgment, with notice of settlement. Respondent refused to sign the proposed interlocutory judgment. Petitioner also couples with his application a motion to stay all further proceedings pending a proposed appeal from the yet unsigned interlocutory judgment. Application granted, without costs; respondent is directed to sign the proposed interlocutory judgment forthwith (*Matter of Parker Constr. Corp.* v. *Williams,* 35 A D 2d 839). The trial of the action on the issue of damages is stayed pending appeal from the interlocutory judgment, on condition that petitioner (1) serve and file a timely notice of appeal from the interlocutory judgment and (2) perfect an appeal for the September term, which begins September 6, 1972, and be ready to argue or submit the appeal for said term (petitioner must file a note of issue). The record and appellants' brief on such appeal must be served and filed on or before July 31, 1972; and respondent's brief thereon must be served and filed on or before August 14, 1972. Motion by respondent to dismiss the proceeding on the ground that the petition fails to state a cause of action in that the refusal to sign the interlocutory judgment was an exercise of judicial discretion. Motion denied. Hopkins, Acting P. J., Munder, Martuscello, Latham and Shapiro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD HALL, Appellant.— Motion by appellant for reargument of appeal from order of the Supreme Court, Kings County, dated May 19, 1970, which was affirmed by order of this court dated March 13, 1972 (*People* v. *Hall,* 38 A D 2d 953). Motion denied; and, on the court's own motion its decision dated March 13, 1972, is amended by striking therefrom the last paragraph and by substituting therefor the following: " Appellant has not effectively demonstrated that he has grounds for appeal (*People* v. *Lynn,* 28 N Y 2d 196, 203). The only viable claim raised by him at the Montgomery hearing was a denial of the right to a speedy trial. We have reviewed this claim and conclude that if he were to raise this issue on appeal from the judgment of conviction we would hold that the right to a speedy trial was not violated." Order of this court dated March 13, 1972 amended accordingly. Munder, Acting P. J., Latham, Shapiro, Gulotta and Brennan, JJ., concur.

## (May 12, 1972)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS VILELLA, JR., Appellant.— Motion by appellant for reargument of appeal from a judgment of the Supreme Court, Kings County, rendered February 11, 1970 upon resentence, to vacate this court's order dated March 6, 1972 and to permit appellant to dismiss his appeal from the judgment. Motion granted; order of this court dated March 6, 1972 (38 A D 2d 943) vacated and, upon appellant's motion, appeal dismissed. Hopkins, Acting P. J., Latham, Shapiro, Christ and Brennan, JJ., concur.